IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KERVIN SOKO,

    Plaintiff,

v.

                                       Case No. 18-cv-347-jdp

MIKE POMPEO,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 1/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |